New City Produce Company, Defendant in Error, v. R. W. Wall, Plaintiff in Error.

Gen. No. 21,545.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN A. MAHONEY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed October 10, 1916. Petition for *certiorari* dismissed.

### Statement of the Case.

Action by the New City Produce Company, a corporation, plaintiff, against R. W. Wall, defendant, for rent under a lease of the plaintiff's premises executed by the defendant. To review a judgment for plaintiff, defendant prosecutes a writ of error.

HENRY KNAUS, for plaintiff in error.

BROWN, BROWN & BROWN, for defendant in error.

MR. JUSTICE MCDONALD delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 29*—*when presumed that trial court heard sufficient evidence to determine existence of irregularities in lease.* Where a judgment for rent was entered by confession under a lease alleged to have been executed by the plaintiff to the defendant, *held* that in the absence of a bill of exceptions, the trial court having found that a statement of claim and warrant of attorney and a lease and *cognovit* had been filed, the appearance of the defendant entered and the amount due on the lease confessed, it must be presumed that the court also heard sufficient evidence to correctly determine whether or not any irregularity existed, though in the body of the lease, which was executed by the plaintiff by its president and by the defendant, the president was named as the lessor and no mention was made of the lessee's name.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.